UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOSE DANIEL VALADEZ III, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> § <br> CITY OF SAN ANTONIO, § <br> COMMISSIONER GEORGE P. BUSH, § <br> ALAMO RANGER OWENS, ALAMO § <br> RANGER JOHN DOES, OFFICER § <br> GABRIEL GALLEGOS, JOHN DOE § <br> SAN ANTONIO OFFICERS, § <br> DANIELLE KENT, and VERONICA § <br> GONZALEZ § <br> Defendants. § | Cause No. 5:21-CV-00002-JKP |

## PROPOSED ORDER GRANTING COMMISSIONER GEORGE P. BUSH'S MOTION TO DISMISS

Having considered the arguments presented in Commissioner George P. Bush's Motion to Dismiss, the Court finds that the Motion should be granted, and that permitting further amendment of the pleadings would be futile as to Commissioner George P. Bush.

IT IS THEREFORE ORDERED that pursuant to Rules 12(b))(1) and Rule 12(b))(6), all of Plaintiff's claims against the Commissioner George P. Bush are dismissed with prejudice in their entirety, and that the Commissioner George P. Bush is dismissed from this litigation.

It is so ORDERED.

SIGNED this ___ day of _____, 2021.

_____
United States Magistrate Judge