**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**JOSE DANIEL VALADEZ III,**
    *Plaintiff*,

**v.**                                                **Case No. SA-21-CV-0002-JKP**

**CITY OF SAN ANTONIO,**
    *Defendant*.

### FINAL JUDGMENT

The Court has considered the issues presented in this action and rendered its decision. For the reasons stated in the Memorandum Opinion and Order issued contemporaneously with this Final Judgment, the Court has granted Defendant's motion for summary judgment. The Court thus **DISMISSES** this action with prejudice.

**IT IS SO ORDERED this 25th day of February 2025.**

*/s/ Jason Pulliam*
**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**